# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 23, 2025

Thomas Lee Stewart
O'BRIEN LAW FIRM
815 Geyer Avenue
Saint Louis, MO  63104

RE:  25-2377  G.T. v. Liberty Mutual Fire Insurance Company, et al

Dear Counsel:

    Your motion to dismiss the appeal has been filed and will be referred to the court. Until the court has rendered a decision on the motion, the briefing schedule will be suspended. You will be advised when a revised briefing schedule is established.

    The deadline for filing a response to the motion is August 1, 2025.

                                      Susan E. Bindler
                                      Clerk of Court

CRJ

cc:    Grant C. Boyd
        Angela M. Clark
        John Louis Kellogg
        Adam J. Reynolds

    District Court/Agency Case Number(s):   4:25-cv-00128-HEA