No. 25-2377

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**G.T.**,
*Appellee,*

v.

**LIBERTY MUTUAL FIRE INSURANCE COMPANY,**
*Appellant,*

**JAMES MCLAURIE**,
*Appellee,*

**SUSAN MCLAURIE, By and through Defendant Ad Litem Blake I. Markus,**
*Defendant.*

Appeal from the United States District Court
for the Eastern District of Missouri
No. 4:25-cv-00128-HEA

## CERTIFICATE OF SERVICE FOR APPENDIX

The undersigned counsel for Appellant Liberty Mutual Fire Insurance Company hereby certifies that on September 10, 2025, a true and correct copy of Appellant's Appendix (Volumes I through III) was sent via FedEx Priority Overnight delivery to the following:

Grant C. Boyd
O'Brien Law Firm P.C.
815 Geyer Avenue

1

St. Louis, MO 63104
*Counsel for Appellee G.T.*

And

Blake I. Markus
Carson & Coil, PC
515 E. High Street, #401
Jefferson City, MO 65102
*Counsel for Appellee James McLaurie*

    Respectfully submitted,

    SHOOK, HARDY & BACON L.L.P.

    By: */s/ Taylor B. Markway*
    Sarah Lynn Baltzell, MO #60937
    Taylor B. Markway, MO #68228
    2555 Grand Boulevard
    Kansas City, Missouri 64108-2613
    Telephone: 816-474-6550
    Facsimile: 816-421-5547
    slynn@shb.com
    tmarkway@shb.com

    **ATTORNEYS FOR APPELLANT**
    **LIBERTY MUTUAL FIRE INS. CO.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

    */s/ Taylor B. Markway*
    ATTORNEY FOR APPELLANT
    LIBERTY MUTUAL FIRE INS. CO.