No. 25-2377

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**G.T.,**
*Appellee,*

v.

**LIBERTY MUTUAL FIRE INSURANCE COMPANY,**
*Appellant,*

**JAMES MCLAURIE**,
*Appellee,*

**SUSAN MCLAURIE, By and through Defendant Ad Litem Blake I. Markus,**
*Defendant.*

Appeal from the United States District Court
for the Eastern District of Missouri
No. 4:25-cv-00128-HEA

## CERTIFICATE OF SERVICE FOR APPELLANT'S OPENING BRIEF

The undersigned counsel for Appellant Liberty Mutual Fire Insurance Company hereby certifies that on September 15, 2025, true and correct paper copies of Appellant's Opening Brief were sent via FedEx Priority Overnight delivery to the following (with 10 copies to the Court and 1 copy each to opposing counsel):

1

Clerk of the Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

And

Grant C. Boyd
O'Brien Law Firm P.C.
815 Geyer Avenue
St. Louis, MO 63104
***Counsel for Appellee G.T.***

And

Blake I. Markus
Carson & Coil, PC
515 E. High Street, #401
Jefferson City, MO 65102
***Counsel for Appellee James McLaurie***

        Respectfully submitted,

        SHOOK, HARDY & BACON L.L.P.

        By: */s/ Taylor B. Markway*
        Sarah Lynn Baltzell, MO #60937
        Taylor B. Markway, MO #68228
        2555 Grand Boulevard
        Kansas City, Missouri 64108-2613
        Telephone: 816-474-6550
        Facsimile: 816-421-5547
        slynn@shb.com
        tmarkway@shb.com

        **ATTORNEYS FOR APPELLANT**
        **LIBERTY MUTUAL FIRE INS. CO.**

# CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

*/s/ Taylor B. Markway*
ATTORNEY FOR APPELLANT
LIBERTY MUTUAL FIRE INS. CO.
